# COMPOSITE EXHIBIT A

Filing # 44997279 E-Filed 08/09/2016 01:51:49 PM

**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form shall be filed by the plaintiff or petitioner for the use of the Clerk of the Court for the purpose of reporting judicial workload data pursuant to Florida Statutes section 25.075.

| I. | **CASE STYLE** |
| --- | --- |

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

Case No.: _____
Judge: _____

JOHN BERRIOS
Plaintiff

vs.

LYKES CARTAGE COMPANY
Defendant

| II. | **TYPE OF CASE** |
| --- | --- |

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability – commercial
  - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
  - ☐ Commercial foreclosure $0 - $50,000
  - ☐ Commercial foreclosure $50,001 - $249,999
  - ☐ Commercial foreclosure $250,000 or more
  - ☐ Homestead residential foreclosure $0 – 50,000
  - ☐ Homestead residential foreclosure $50,001 - $249,999
  - ☐ Homestead residential foreclosure $250,000 or more
  - ☐ Non-homestead residential foreclosure $0 - $50,000
  - ☐ Non-homestead residential foreclosure $50,001 - $249,999
  - ☐ Non-homestead residential foreclosure $250,00 or more

- ☐ Other real property actions $0 - $50,000
- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more

- ☐ Professional malpractice
  - ☐ Malpractice – business
  - ☐ Malpractice – medical
  - ☐ Malpractice – other professional
- ☒ Other
  - ☐ Antitrust/Trade Regulation
  - ☐ Business Transaction
  - ☒ Circuit Civil - Not Applicable
  - ☐ Constitutional challenge-statute or ordinance
  - ☐ Constitutional challenge-proposed amendment
  - ☐ Corporate Trusts
  - ☐ Discrimination-employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

III.   **REMEDIES SOUGHT** (check all that apply):
　　　☒　Monetary;
　　　☒　Non-monetary
　　　☒　Non-monetary declaratory or injunctive relief;
　　　☒　Punitive

IV.   **NUMBER OF CAUSES OF ACTION: (     )**
　　　(Specify)

　　　1

V.   **IS THIS CASE A CLASS ACTION LAWSUIT?**
　　　☒　Yes
　　　☐　No

VI.   **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
　　　☒　No
　　　☐　Yes – If "yes" list all related cases by name, case number and court:

VII.   **IS JURY TRIAL DEMANDED IN COMPLAINT?**
　　　☒　Yes
　　　☐　No

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature s/ Anthony M Georges-Pierre        FL Bar No.: 533637
　　　　Attorney or party                                              (Bar number, if attorney)

　　Anthony M Georges-Pierre      08/09/2016
　　　　(Type or print name)                                          Date

Filing # 44997279 E-Filed 08/09/2016 01:51:49 PM

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CASE NO._____

**JOHN BERRIOS**
And other similarly situated individuals,

       Plaintiff(s),

v.

**LYKES CARTAGE COMPANY,**
a Foreign Profit Corporation,

       Defendant(s).

_____/

## COMPLAINT

    Plaintiff **JOHN BERRIOS**, and other similarly situated individuals, by and through the

undersigned counsel, hereby sues Defendant, LYKES CARTAGE COMPANY, a Foreign Profit

Corporation, ("Defendant"), and in support avers as follows:

### GENERAL ALLEGATIONS

1.    This is an action by the Plaintiff for damages exceeding $15,000 excluding attorneys'

    fees or costs for unpaid wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219

    ("FLSA").

2.    This Court has jurisdiction over Plaintiff's FLSA claims pursuant to the 29 U.S.C. § 216.

3.    Plaintiff was at all times relevant to this action, resident of Miami-Dade County Florida,

    within the jurisdiction of this Honorable Court. Plaintiff is covered employee for

    purposes of the FLSA.

printing document

4.    Defendant, LYKES CARTAGE COMPANY, a Foreign Profit Corporation, with one of its locations in Miami-Dade County, Florida where Plaintiff worked for Defendant, and at all times material hereto was and is engaged in interstate commerce.

5.    Venue is proper in Miami-Dade County because all of the actions that form the basis of this Complaint occurred within Miami-Dade County and payment was due in Miami-Dade County.

6.    Declaratory, injunctive, legal and equitable relief sought pursuant to the laws set forth above together with attorneys' fees, costs and damages.

7.    All conditions precedent for the filing of this action before this Court have been previously met, including the exhaustion of all pertinent administrative procedures and remedies.

## FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

8.    Plaintiff performed work for Defendants as a non-exempt employee from on or about December 17, 2013, through on or about July 15, 2016.

9.    Throughout Plaintiff's employment, Plaintiff worked in excess of forty (40) hours per week.

10.   Plaintiff was not paid at the proper overtime rate for hours worked in excess of forty (40) each week from on or about December 17, 2013, through on or about July 15, 2016, as proscribed by the laws of the United States and the State of Florida.

11.   Plaintiff, during relevant time period, from on or about December 17, 2013, through on or about July 15, 2016, worked approximately fifty (50) overtime hours each week for which he was not paid 1.5 times his regular rate as provided by the FLSA.

**COUNT I**
*Wage & Hour Federal Statutory Violation against*
*LYKES CARTAGE COMPANY*

12.  Plaintiff re-adopts each and every factual allegation as stated in paragraphs 1 through 11 of this complaint as if set out in full herein.

13.  This action is brought by Plaintiff to recover from Defendant unpaid overtime wage compensation, as well as an additional amount as liquidated damages, costs, and reasonable attorney's fees under the provisions of 29 U.S.C. § 201 *et seq.*

14.  Jurisdiction is conferred on this Court by Title 29 U.S.C. § 216(b).

15.  At all times pertinent to this Complaint, corporate Defendant operated as an organization which sells and/or markets its services and/or goods to customers from throughout the United States and also provides its services for goods sold and transported from across state lines of other states, and the corporate Defendant obtains and solicits funds from non-Florida sources, accepts funds from non-Florida sources, uses telephonic transmissions going over state lines to do its business, transmits funds outside the State of Florida, and otherwise regularly engages in interstate commerce, particularly with respect to its employees.

16.  Upon information and belief, at all times material hereto, corporate Defendant's annual gross revenue exceeded $500,000 per annum on its own, or as part of a joint enterprise with the other corporate Defendant named herein, or which are as of yet unknown but will be revealed through further discovery. To the extent that corporate Defendant operated as part of a joint enterprise, it did so with corporate entities that performed related activities, under the common control of the individual Defendant, and for common business purposes related to the work performed by Plaintiff for Defendant.

17.   By reason of the foregoing, the Defendant is and was, during all times hereafter mentioned, an enterprise engaged in commerce or in the production of goods for commerce as defined in §§ 3 (r) and 3(s) of the FLSA, 29 U.S.C. § 203(r) and 203(s). Defendant's business activities involve those to which the Fair Labor Standards Act applies. The Plaintiff's work for the Defendant likewise affects interstate commerce.

18.   Plaintiff seeks to recover for unpaid wages accumulated from the date of hire and/or from three (3) years from the date of the filing of this complaint.

19.   Defendant knew and/or showed reckless disregard of the provisions of the FLSA concerning the payment of overtime wages as required by the Fair Labor Standards Act and remain owing Plaintiff these unpaid wages since the commencement of Plaintiff's employment with Defendant as set forth above. As such, Plaintiff is entitled to recover double damages.

20.   To the extent that Defendant never posted any notice, as required by the Fair Labor Standards Act and Federal Law, to inform employees of their federal rights to overtime and minimum wage payments, the statute of limitations for Plaintiff's FLSA claims is equitably tolled. *See, e.g., Cruz v. Maypa*, 773 F.3d 138, 147 (4th Cir. 2014) (extending failure-to-post tolling in the ADEA context to the FLSA); *Yu G. Ke v. Saigon Grill, Inc.*, 595 F. Supp. 2d 240, 259 (S.D.N.Y. 2008) ("[F]ailure to provide required notice of the governing legal requirements may be a sufficient basis for tolling."); *Kamens v. Summit Stainless, Inc.*, 586 F. Supp. 324, 328 (E.D. Pa. 1984) ("An employer's failure to post a statutorily required notice of this type tolls the running of any period of limitations.").

WHEREFORE, Plaintiff respectfully prays for the following relief against Defendant:

A.   Adjudge and decree that Defendant has violated the FLSA and has done so willfully, intentionally and with reckless disregard for Plaintiff's rights;

B. Award Plaintiff actual damages in the amount shown to be due for unpaid overtime

wage compensation for hours worked in excess of forty (40) weekly, with interest;

C. Award Plaintiff an equal amount in double damages/liquidated damages;

D. Award Plaintiff the costs of this action, together with a reasonable attorneys' fees;

and

E. Grant Plaintiff such additional relief as the Court deems just and proper under the

circumstances.

## JURY DEMAND

Plaintiff demands trial by jury of all issues triable as of right by jury.

Dated: _8/8/16_____

Respectfully submitted,

Anthony M. Georges-Pierre, Esq.
Florida Bar No. 533637
**REMER & GEORGES-PIERRE, PLLC**
44 West Flagler St., Suite 2200
Miami, FL 33130
Telephone: 305-416-5000
Facsimile: 305-416-5005
agp@rgpattorneys.com
apetisco@rgpattorneys.com
rregueiro@rgpattorneys.com
pn@rgpattorneys.com

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CASE NO._____

**JOHN BERRIOS**
And other similarly situated individuals,

     Plaintiff(s),

v.

**LYKES CARTAGE COMPANY,**
a Foreign Profit Corporation,

     Defendant(s).

_____/

## SUMMONS IN A CIVIL CASE

### LYKES CARTAGE COMPANY

Registered agent: **CT CORPORATION SYSTEM**
1200 South Pine Island Road
Plantation, FL 33324

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET. STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____   _____
CLERK                            DATE

_____
(BY) DEPUTY CLERK

Filing # 45184913 E-Filed 08/12/2016 04:59:39 PM

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CASE NO. 2016-020587-CA-01

**JOHN BERRIOS**
And other similarly situated individuals,

      Plaintiff(s),

v.

**LYKES CARTAGE COMPANY,**
a Foreign Profit Corporation,

      Defendant(s).

_____/

### SUMMONS IN A CIVIL CASE

### LYKES CARTAGE COMPANY

Registered agent: **CT CORPORATION SYSTEM**
1200 South Pine Island Road
Plantation, FL 33324

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET. STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____
CLERK                       DATE

_____
(BY) DEPUTY CLERK

Filing # 45184913 E-Filed 08/12/2016 04:59:39 PM

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CASE NO. 2016-020587-CA-01

**JOHN BERRIOS**
And other similarly situated individuals,

     Plaintiff(s),

v.

**LYKES CARTAGE COMPANY,**
a Foreign Profit Corporation,

     Defendant(s).

_____/

### SUMMONS IN A CIVIL CASE

### LYKES CARTAGE COMPANY

Registered agent: **CT CORPORATION SYSTEM**
1200 South Pine Island Road
Plantation, FL 33324

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET. STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

                                        8/19/2016

CLERK                                   DATE
                        309876

(BY) DEPUTY CLERK

Filing # 45696439 E-Filed 08/25/2016 03:24:59 PM

## RETURN OF SERVICE

**State of FLORIDA**            **County of MIAMI-DADE**            **Circuit Court**

Case Number: 2016-020587-CA-01

Plaintiff:
**JOHN BERRIOS**

vs.

Defendant:
**LYKES CARTAGE COMPANY**

For:
Anthony M. Georges-Pierre
REMER & GEORGES-PIERRE, PLLC
44 W. Flagler Street
Ste 2200
Miami, FL 33130

Received by OJF SERVICES, INC. on the 23rd day of August, 2016 at 8:24 am to be served on **LYKES CARTAGE COMPANY, 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324.**

I, ANDREW KARP, do hereby affirm that on the **23rd day of August, 2016** at 1:40 pm, I:

**CORPORATE - REGISTERED AGENT:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **DONNA MOCH EMPLOYEE OF CT CORPORATION SYSTEM** as Registered Agent At the address of: **1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324** for **LYKES CARTAGE COMPANY**, and informed said person of the contents therein, in compliance with state statutes.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A SPECIAL PROCESS SERVER APPOINTED BY THE SHERIFF, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

**ANDREW KARP**
SPS #260

**OJF SERVICES, INC.**
13727 S.W. 152nd Street
P.M.B. 354
Miami, FL 33177
(786) 293-5750
Our Job Serial Number: OJF-2016012465

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n



printing document

Filing # 45184913 E-Filed 08/12/2016 04:59:39 PM

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CASE NO. 2016-080587-CA-01

**JOHN BERRIOS**
And other similarly situated individuals,

    Plaintiff(s),

v.

**LYKES CARTAGE COMPANY,**
a Foreign Profit Corporation,

    Defendant(s).

_____/

## SUMMONS IN A CIVIL CASE

**LYKES CARTAGE COMPANY**

Registered agent: CT CORPORATION SYSTEM
1200 South Pine Island Road
Plantation, FL 33324

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET, STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be
taken against you for the relief demanded in the complaint. You must also file your answer with the
Clerk of this Court within a reasonable period of time after service.

                                     8/19/2016

CLERK                                   DATE

           309878

(BY) DEPUTY CLERK