UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-cv-23885-FAM

JOHN BERRIOS
And other similarly situated individuals,

      Plaintiff,

v.

LYKES CARTAGE COMPANY, a Foreign Profit
Corporation,

      Defendant.
_____/

**JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT AND RELEASE AND DISMISS CASE WITH PREJUDICE**

Plaintiff, JOHN BERRIOS, and Defendant, LYKES CARTAGE COMPANY, by and through their respective undersigned counsel and pursuant to Local Rule 7.1, Local Rules for the United States District Court Southern District of Florida, hereby file this Joint Motion to Approve Settlement Agreement and Release and Dismiss this Case with Prejudice, and state the following in support thereof:

1. Plaintiff filed a complaint claiming Defendants violated the Fair Labor Standards Act (FLSA), as amended, 29 U.S.C. § 201-216, by allegedly failing to pay overtime compensation.

2. Defendants deny Plaintiff's allegations of unlawful conduct and/or liability.

3. To avoid the costs and uncertainty of litigation, however, the parties have negotiated a settlement of this matter.

4. Pursuant to <u>Lynn's Food Stores, Inc. v. United States</u>, 679 F. 2d 1350 (11th Cir. 1982), claims for wages arising under the FLSA may be settled or compromised only with the approval of the Court or Secretary of Labor. Accordingly, the parties respectfully request that the

Court review and approve the parties' Settlement Agreement and Release ("Agreement") submitted *in camera* to the Court for its review.

5. The Parties stipulate that the Agreement includes every term and condition of the Parties' settlement.

6. The Parties also stipulate that the settlement reached between them represents a "fair and reasonable" resolution of Plaintiff's FLSA claims. The Parties also stipulate that the settlement reached between them advances judicial economy.

7. The Parties represent that Plaintiff's attorneys' fees were agreed upon separately and without regard to the amount paid to Plaintiff. The settlement fully satisfies a reasonable amount of Plaintiff's attorneys' fees and costs, and Plaintiff has no outstanding fees owed to his counsel. The Parties negotiated the settlement of this matter in good faith, and there has been no undue influence, overreaching, collusion or intimidation in reaching the settlement. Counsel have negotiated a settlement that is acceptance to Plaintiff and Defendants.

8. The Parties further agree to the dismissal with prejudice of this action upon approval by the Court of the Agreement.

9. The Parties further stipulate to the Court retaining jurisdiction of this case for thirty (30) days from the entry of this Order only for purposes of enforcing the payment terms of the Settlement Agreement. Therefore, the effectiveness of this Motion is conditioned upon the Court's entry of an order retaining jurisdiction to enforce the terms of the settlement agreement reached in this case. See Anago Franchising, Inc v. Shaz, LLC, 677 F.3d 1272, 1280 (11th Cir. 2012).

WHEREFORE, the Parties respectfully request that this Court approve the Agreement and dismiss with prejudice Plaintiff's complaint.

Respectfully submitted this 23rd day of February, 2017.

| | |
|---|---|
| s/ Anthony M. Georges-Pierre<br>Anthony M. Georges-Pierre<br>Florida Bar No. 533637<br>agp@rgpattorneys.com<br>Rainier Regueiro<br>rregueiro@rgpattorneys.com<br>Remer & Georges-Pierre, PLLC<br>44 West Flagler Street<br>Suite 2200<br>Miami, FL  33130<br>Phone: (305) 416-5000<br>Fax:    (305) 416-5005<br>Attorneys for Plaintiff | s/ Elizabeth M. Rodriguez<br>Elizabeth M. Rodriguez<br>Florida Bar No. 0821690<br>erodriguez@fordharrison.com<br>FordHarrison LLP<br>100 S.E. 2nd Street<br>Suite 2150<br>Miami, Florida 33131<br>Telephone: (305) 808-2143<br>Facsimile:  (305) 808-2101<br>Attorneys for Defendant |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of February, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Elizabeth M. Rodriguez

## SERVICE LIST

Anthony M. Georges-Pierre, Esq.
agp@rgpattorneys.com
Rainier Regueiro
rregueiro@rgpaggorneys.com
Remer & Georges-Pierre, PLLC
44 West Flagler Street, Suite 2200
Miami, Florida 33130
Telephone: (305) 416-5000
Facsimile:  (305) 416-5005
Counsel for Plaintiff (via CM/ECF)

WSACTIVELLP:8940637.1