UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-cv-23885-FAM

JOHN BERRIOS
And other similarly situated individuals,

        Plaintiff,

v.

LYKES CARTAGE COMPANY, a Foreign Profit
Corporation,
        Defendant.
_____/

### ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

THIS CAUSE having come before the Court upon the Plaintiff, JOHN BERRIOS, and Defendant, LYKES CARTAGE COMPANY's Joint Motion to Approve Settlement Agreement and Release and Dismiss Case with Prejudice and for good cause shown, it is

ORDERED and ADJUDGED as follows:

The Parties' Joint Motion to Approve Settlement Agreement and Release and Dismiss Case with Prejudice is hereby GRANTED.

The Court finds the Parties' settlement to be fair and reasonable in light of a bona fide dispute. Accordingly, the Parties' Settlement Agreement and Release is hereby approved and this Case is hereby dismissed with prejudice. Each party shall bear its own fees and costs except as provided in the Settlement Agreement and Release. All pending motions are deemed moot. The Court shall retain jurisdiction of this case for thirty (30) days from the entry of this Order only for purposes of enforcing the payment terms of the Settlement Agreement.

DONE and ORDERED in Chambers in Miami, Florida, this \_\_\_\_\_ day of _____, 2017.

_____
FEDERICO A. MORENO
U. S. DISTRICT COURT JUDGE

CC: Counsel of Record