UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 16-23885-CIV-MORENO

JOHN BERRIOS and other similarly situated individuals,

    Plaintiff,

vs.

LYKES CARTAGE COMPANY, a foreign profit corporation,

    Defendant.
_____/

### FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Joint Motion to Approve Settlement Agreement and Release and Dismiss Case with Prejudice **(D.E. 21)**, filed on **February 23, 2017**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that Joint Motion to Approve Settlement Agreement and Release and Dismiss Case with Prejudice is GRANTED and the settlement is approved in accordance with *Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350 (11th Cir. 1982). It is also

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(A)(ii). Further, all pending motions are DENIED as MOOT with leave to renew if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this 27th of February 2017.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of record